PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Darnell Tolivar

Cr.: 2:08CR671-01
PACTS #: 52874

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh
United States District Judge

Date of Original Sentence: 06/18/2009

Original Offense: Conspiracy to Commit Health Care Fraud

Original Sentence: Probation - 3 years; Special Assessment - $100; Restitution - $103,140.00

Type of Supervision: Probation                    Date Supervision Commenced: 06/18/2009

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender shall make restitution in the amount of $103,140.00. As of this writing, the offender has paid $5,356.00 toward the restitution. Throughout the offender's supervision term, he has made payments in accordance with his ability to pay. |

U.S. Probation Officer Action: In view of the offender's compliance with the conditions of supervision, we respectfully request that supervision terminate as scheduled on June 17, 2012. Upon termination of his supervision, the U.S. Attorney's Office, Financial Litigation Unit, will continue with restitution collection efforts.

Respectfully submitted,

By: Damary Bonilla
U.S. Probation Officer
Date: 05/25/2012

[X] Allow Term of Supervision to Expire with Restitution Balance Remaining
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

6/7/12
Date